

# Fourth Court of Appeals
## San Antonio, Texas

June 14, 2019

No. 04-17-00638-CV

**SWIFT ENERGY OPERATING, LLC**,
Appellant

v.

**REGENCY FIELD SERVICES LLC**, Regency Energy Partners LP, Regency GP LP, and
Regency GP LLC,
Appellee

From the 343rd Judicial District Court, McMullen County, Texas
Trial Court No. M-14-0029-CV-C
Honorable Janna K. Whatley, Judge Presiding

# O R D E R

Sitting:  Rebeca C. Martinez, Justice
    Patricia O. Alvarez, Justice
    Luz Elena D. Chapa, Justice

On June 10, 2019, Appellees filed an unopposed motion for rehearing seeking to correct the opinion and judgment by adding an omitted appellee.

The court will issue a corrected majority opinion and judgment, and a corrected concurring and dissenting opinion, that adds La Grange Acquisition, L.P., d/b/a Energy Transfer Company as an appellee.

Appellees' motion for rehearing is MOOT. *See* TEX. R. APP. P. 49.3.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of June, 2019.



Keith E. Hottle,
Clerk of Court